ALBERT SCHERBACK, an Infant under the Age of Fourteen Years, by MARION SCHERBACK, His Guardian ad Litem, and ALBERT SCHERBACK, SR., Respondents, v. WALTER STERN and Another, Appellants.— Action to recover for personal injuries and for medical expenses and loss of minor's services. Judgment reversed on the law and a new trial granted, with costs to appellants to abide the event. The infant plaintiff, who was sworn after he had given an unsworn statement, did not seem to know how the accident happened. The verdict must have been based entirely upon the unsworn statement of the witness Joseph Wasson, who at the time of the trial was seven years of age, and five at the time of the accident. Although no objection was made to the reception of Wasson's statement, the judgment must be reversed and a new trial granted. (*Stoppick* v. *Goldstein*, 174 App. Div. 306; *Ranofsky* v. *Frank*, 208 id. 213.) If such statement be admitted without objection, its reception will not be deemed error if there be other proof in support of the determination; but a determination resting upon it alone may not stand. The dictum to the contrary in *Croissant* v. *Doscher* (244 App. Div. 736) is disaffirmed. Lazansky, P. J., Carswell, Tompkins, Davis and Johnston, JJ., concur.

SPRAGUE CONSTRUCTION CO., INC., Respondent, v. THE CITY OF NEW YORK, Appellant.— Action to recover on a contract to restore the pavement in Beach Channel drive in the borough of Queens. Upon the trial the jury was discharged by consent, and findings of fact and conclusions of law were waived. The court rendered a general verdict in favor of plaintiff for the full amount of the claim, with interest and costs; and from the judgment entered thereon defendant appeals. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

CLARA O. STADTMULLER, Respondent, v. HARRY SCHORR and PAULINA SCHORR, Appellants, and Others, Defendants.— In an action to foreclose a mortgage on real estate, defendant pleaded a merger of the bond and mortgage by its consolidation with two other mortgages, and that the mortgage in suit does not exist. Plaintiff endeavored, on the trial, to prove that the consolidation was obtained from plaintiff by fraud. Judgment of foreclosure and sale reversed on the law and the facts, with costs, and complaint dismissed, with costs. In our opinion, the findings of fraud with respect to the consolidated mortgage are not sustained by the evidence, and the bond and mortgage described in the complaint were merged in such consolidated mortgage. Inconsistent findings of fact and conclusions reversed and new findings and conclusions to be made in accordance herewith. Lazansky, P. J., Carswell, Tompkins and Johnston, JJ., concur; Davis, J., dissents and votes to affirm. Settle order on notice. [See *post*, p. 746.]

CLARA O. STADTMULLER, Plaintiff, v. HARRY SCHORR, Appellant; DAVID ISENBERG, Receiver, Respondent, and Others, Defendants.— In view of the decision of the appeal from the judgment of foreclosure and sale herein (*ante*, p. 746), decided herewith, dismissing the complaint herein, this appeal from the order confirming the report of the official referee and directing payment by the appellant to the receiver is dismissed, without costs, and matter remitted to Special Term for consideration of a motion to vacate the order appealed from herein and for other appropriate relief, if the appellant be so advised. No opinion. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.